# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HECTOR CARL SANTIAGO,

    Petitioner,

vs.

NEVADA ATTORNEY GENERAL,
CATHERINE CORTEZ MASTO, et al.,

    Respondents.

3:10-cv-00236-RCJ-RAM

ORDER

On April 23, 2010, petitioner submitted a notice of appeal, but did not include the filing fee or a motion for leave to proceed *in forma pauperis*. Neither did he submit a petition upon which the action could proceed. The court allowed petitioner until June 3, 2010 to correct these omissions. The filing deadline has now passed and petitioner has not responded to the court's order. Therefore, the case shall be closed.

**IT IS THEREFORE ORDERED** that the matter is dismissed. Clerk shall Close the file.

Dated, this 24th day of August, 2010.

UNITED STATES DISTRICT JUDGE